"O"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: SA08-436M |
| Plaintiff, | ORDER OF DETENTION |
| vs. | |
| HOMAR RODRIGUEZ SAUCEDA, | |
| Defendant. | |

**I.**

A. (X) On motion of the Government in a case allegedly involving:

    1. ( ) a crime of violence.

    2. (X) an offense with maximum sentence of life imprisonment or death.

    3. ( ) a narcotics or controlled substance offense with maximum sentence of ten or more years.

    4. ( ) any felony - where defendant convicted of two or more prior offenses described above.

    5. ( ) any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

B.    (X)    On motion by the Government/( ) on Court's own motion, in a case allegedly involving:

       (X)    On the further allegation by the Government of:

            1.    (X)    a serious risk that the defendant will flee.

            2.    ( )    a serious risk that the defendant will:

                a.    ( )    obstruct or attempt to obstruct justice.

                b.    ( )    threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

C.    The Government (X) is/( ) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community.

## II.

A.    (X)    The Court finds that no condition or combination of conditions will reasonably assure:

            1.    (X)    the appearance of the defendant as required.

                  (X)    and/or

            2.    (X)    the safety of any person or the community.

B.    (X)    The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III.

The Court has considered:

A.    (X)    the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

B.    (X)    the weight of evidence against the defendant;

1  C.  (X)  the history and characteristics of the defendant; and
2  D.  (X)  the nature and seriousness of the danger to any person or the community.

### IV.

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

### V.

The Court bases the foregoing finding(s) on the following:

A.  (X)  As to flight risk: Defendant's lack of bail resources, lack of strong ties to the local community, and his undocumented status.
B.  (X)  As to danger: The nature of the charge offense and Defendant's possession of a firearm at the time of his arrest..

### VI.

A.  ( )  The Court finds that a serious risk exists the defendant will:
    1.  ( )  obstruct or attempt to obstruct justice.
    2.  ( )  attempt to/ ( ) threaten, injure or intimidate a witness or juror.
B.  The Court bases the foregoing finding(s) on the following:

_____
_____
_____

### VI.

A.  IT IS THEREFORE ORDERED that the defendant be detained prior to trial.
B.  IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the

|   |   |   |
|---|---|---|
| 1 |   | extent practicable, from persons awaiting or serving sentences or being held in |
| 2 |   | custody pending appeal. |
| 3 | C. | IT IS FURTHER ORDERED that the defendant be afforded reasonable |
| 4 |   | opportunity for private consultation with counsel. |
| 5 | D. | IT IS FURTHER ORDERED that, on order of a Court of the United States or on |
| 6 |   | request of any attorney for the Government, the person in charge of the |
| 7 |   | corrections facility in which defendant is confined deliver the defendant to a |
| 8 |   | United States marshal for the purpose of an appearance in connection with a court |
| 9 |   | proceeding. |

DATED:  August 14, 2008           _____/s/_____
                                                        ARTHUR NAKAZATO
                                       UNITED STATES MAGISTRATE JUDGE